# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **HUDSON INSURANCE COMPANY** | § § § | |
| **VS.** | § § | **C.A. NO. 5:19-cv-00137-XR** |
| **ALAMO CRUDE OIL, LLC, NATHAN MICHAEL JOHNSON, AND AMTRANS EXPRESS, LLC** | § § § | |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE RODRIGUEZ:**

COME NOW **Plaintiff HUDSON INSURANCE COMPANY** ("Plaintiff" or "Hudson") and **Defendants Nathan Michael Johnson** ("Mr. Johnson") and **Amtrans Express, LLC** ("Amtrans") (collectively, "Defendants") and file their Joint Stipulation Of Dismissal:

1.      Plaintiff Hudson and Defendants Mr. Johnson and Amtrans, through their attorneys in-charge, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that in view of the settlement of the Underlying Suit (Cause No. A-16-08-0808-CV; *Karina B. Mendoza Sanchez, Individually and a/n/f of Artemio Sanchez, et al v. Genuine Parts Company, et al*; In the 70th Judicial District Court of Ector County, Texas), all remaining claims in this action/case can be dismissed with prejudice, with each party bearing its own and his own attorney's fees and costs.

2.      Defendant Alamo Crude Oil, LLC is not joined in this Stipulation as this Court previously entered summary judgment in favor of Hudson and against Alamo.

Respectfully submitted,


By: /s/ Steve E. Couch
    **STEVE E. COUCH**
    Federal I.D. No. 12298
    State Bar No. 04875650
    scouch@ksklawyers.com
    **KEN E. KENDRICK**
    Federal I.D. No. 6244
    State Bar No. 11278500
    kkendrick@ksklawyers.com

    **ATTORNEY-IN-CHARGE FOR PLAINTIFF**
    **HUDSON INSURANCE COMPANY**

    **OF COUNSEL:**
    **KELLY, SUTTER & KENDRICK, P.C.**
    3050 Post Oak Blvd., Suite 200
    Houston, Texas   77056
    713-595-6000 – Telephone
    713-595-6001 – Facsimile




By /s/ James M. Parker, Jr.
    **JAMES M. "JAMIE" PARKER, JR.**
    Bar No. 15488710
    jparker@namanhowell.com

    **ATTORNEY-IN-CHARGE FOR**
    **DEFENDANTS NATHAN MICHAEL**
    **JOHNSON and AMTRANS EXPRESS. LLC**

    **OF COUNSEL:**
    **NAMAN HOWELL SMITH & LEE**
    10001 Reunion Place, Suite 600
    San Antonio, Texas  78216
    (210) 731-6364 - Telephone
    (210) 785-2964 - Facsimile

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 6th day of December, 2019, a true and correct copy of this pleading was served and transmitted via ECF and email as follows:

Roger A. Perez
The Law Offices of Roger A. Perez
427 S. Saint Mary's Street
San Antonio, Texas 78205
Email: rogper50@yahoo.com and roger@rogerperez.com

James M. Parker
Naman Howell Smith & Lee PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Email:  jparker@namanhowell.com

/s/ Steve E. Couch
**STEVE E. COUCH**
