# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY, | § § § | |
| *Plaintiff* | § § | SA-19-CV-137-XR |
| -vs- | § § | |
| ALAMO CRUDE OIL, LLC, et al., | § § § | |
| *Defendants.* | § | |

## DISMISSAL ORDER

After considering the parties' Joint Stipulation of Dismissal (docket no. 41), the Court orders this case DISMISSED WITH PREJUDICE.

It is so ORDERED.

SIGNED this 10th day of December, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE